UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIO SALINAS, | : | Case No. 1:16-CV-01988 |
|        Plaintiff, | : | |
| v. | : | **ORDER AND ENTRY APPROVING** |
| | : | **SETTLEMENT AND DISMISSAL** |
| WAFFLES CHICAGO, LLC d/b/a CHICAGO WAFFLES and GARY KREYMER, | : | **WITHOUT PREJUDICE** |
|        Defendants. | : | |

Upon Motion by the parties, and after a review of the matter, including the Confidential Settlement Agreement and General Release, this Court finds that the proposed settlement is a fair and reasonable resolution to a bona fide dispute over Fair Labor Standards Act 29 U.S.C § 201 *et seq*. provisions and therefore approves the settlement. The Court dismisses this action without prejudice, but retains jurisdiction for the limited purpose of enforcing the terms of the Settlement Agreement, if necessary. The parties have stipulated that, following payment of the settlement payments, this dismissal shall automatically convert to a dismissal with prejudice on August 31, 2016.

Dated: June 27, 2016

**IT IS SO ORDERED.**

_____
Judge Harry D. Leinenweber

1